UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARL DEAN EDWARDS,<br><br>Petitioner,<br>v.<br>TIMOTHY FILSON, et al.,<br><br>Respondents. | Case No. 3:18-cv-00270-HDM-WGC<br><br>ORDER |

On June 11, 2018, this court received from Carl Dean Edwards, a Nevada prisoner, an application to proceed *in forma pauperis* for a habeas proceeding under 28 U.S.C. § 2254. ECF No. 1. The Clerk initiated a case and assigned it the case number in the caption above. Edwards did not, however, submit a habeas petition or a pleading of any kind. In addition, the court notes that Edwards currently has a habeas petition pending in this court under case number 3:17-cv-00148-LRH-WGC.

Accordingly, this matter has not been properly commenced and must be dismissed.

IT IS THEREFORE ORDERED that this improperly commenced action is DISMISSED without prejudice. The Clerk shall close this case.

DATED: 2 July 2018.

_____
UNITED STATES DISTRICT JUDGE